IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY STALLWORTH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 04-0658-P-M |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED, that this action be REVERSED and REMANDED to the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with this opinion.

This Remand pursuant to sentence four of § 405(g), makes plaintiff a prevailing party under the Equal Access to Justice Act, 28 U.S.C. § 2412, see Shalala v. Schaefer, 509 U.S. 292 (1983), and terminates this court's jurisdiction over this matter.

DONE this 19th day of September, 2005.

                                                      S/Virgil Pittman
                                                    SENIOR UNITED STATES DISTRICT JUDGE