IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY STALLWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0658-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER MODIFYING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated December 19, 2005 (doc.18), is hereby MODIFIED and ADOPTED as the opinion of this court.

The modification is typographical in nature and is as follows: On page 1, ¶2, line 4, replace "(Docs.21, 22)" with (Docs.14-15).

Accordingly, it is ORDERED that the Report and Recommendation (doc.18) be and is hereby ADOPTED as MODIFIED as the opinion of this court and that plaintiff's Application For Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. § 2412 (doc.16), be and is hereby GRANTED, and that plaintiff's counsel, Wendy A. Pierce, be awarded an attorney's fee and expenses in the amount of $1,707.50 (13.4 hours x $125.00 per hour = $1,675.00) + $32.50

in costs = $1,707.50)).

    DONE this 23rd day of January, 2006.

                                                  S/Virgil Pittman
                                          SENIOR UNITED STATES DISTRICT JUDGE