IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY STALLWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-0658-P-M |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's counsel, Wendy A. Pierce, be awarded an attorney's fee and costs, pursuant to 28 U.S.C. § 2412, in the amount of $1,707.50 (13.4 hours x $125.00 per hour = $1,675.00) + $32.50 in costs = $1,707.50)).

DONE this 23rd day of January, 2006.

           S/Virgil Pittman
           SENIOR UNITED STATES DISTRICT JUDGE